CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:     415.875.2392
Facsimile:     415.281.1350

NICHOLAS POE (*Pro hac vice* pending)
npoe@fenwick.com
**FENWICK & WEST LLP**
902 Broadway, 18th Floor
New York, NY 10010
Telephone:     212.430.2683

Attorneys for Plaintiff
SIDE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDE, INC., <br><br> Plaintiff, <br><br> v. <br><br> OFFICIAL PARTNERS NEW YORK, LLC, TAL ALEXANDER and OREN ALEXANDER, <br><br> Defendants. | Case No.: _____ <br><br> **COMPLAINT FOR BREACH OF A SECURED PROMISSORY NOTE** <br><br> **DEMAND FOR JURY TRIAL** <br><br> # FILED UNDER SEAL |

Plaintiff Side, Inc., for its complaint against Defendants Official Partners New York, LLC, Tal Alexander and Oren Alexander, alleges as follows:

## NATURE OF THE ACTION

1.      This is an action to enforce a secured promissory note.

2.      Side, Inc. ("Side" or the "Company") and Official Partners New York, LLC ("Official Partners") executed an Amended and Restated Secured Promissory Note (the "Note") on or about April 18, 2024, pursuant to which Official Partners as the Borrower agreed to pay Side the principal sum of ▮▮▮▮▮▮ together with interest and on the terms set and conditions set forth

FENWICK & WEST LLP
ATTORNEYS AT LAW

in the Note. A true and correct copy of the Note and the Amended and Restated Security Agreement (the "Security Agreement") is attached as <u>Exhibit A</u>.[1]

3.      Tal Alexander and Oren Alexander each signed the Note as guarantors (the "Alexanders" or "Guarantors," together with Official Partners, the "Defendants"). The Note provided that in accordance with its terms and the Security Agreement entered into between Side and the Alexanders on or about April 18, 2024, the Alexanders ███████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ████████████████████████████████ Note § 5. <u>Exhibit A</u> at 3.

4.      Following widespread public reports that the Alexanders were accused of sexually assaulting more than 30 women, were subject to at least three related lawsuits, and were under investigation by the FBI[2], Official Partners directed, with the Alexanders' full knowledge and consent, that Side disassociate the Alexanders' real estate licenses.  That disassociation ███████████████████████████████████████████████████████████ ██████████████████████ *See* Note § 3(b). <u>Exhibit A</u> at 1-2.

5.      On July 22, 2024, Side promptly provided notice of the ████████████ to Official Partners and demanded payment.  Official Partners refused to pay the amounts due, which amounts total ████████████ as of October 10, 2024, and remain outstanding.

---

[1] Capitalized terms not otherwise defined herein shall have definitions ascribed to them in the Note, <u>Exhibit A</u>.
[2] *See* Katherine Kallergis & Sheridan Wall, *Lawsuits accuse top broker Oren Alexander, brother Alon of Rape*, THE REAL DEAL, June 8, 2024, https://therealdeal.com/national/2024/06/08/lawsuits-accuse-top-broker-oren-alexander-twin-brother-alon-of-rape/; Katherine Kallergis, Sheridan Wall, & Ellen Cranley, *Nearly 30 alleged rape victims of Alexander brothers surface: lawyer*, THE REAL DEAL, June 12, 2024, https://therealdeal.com/national/2024/06/12/more-rape-claims-surface-against-alexander-brothers-lawyer/; Emily Glazer & Katherine Clarke, *FBI Probing Rape Allegations Against Star Real-Estate Brokers*, THE WALL ST. JOURNAL, July 8, 2024, https://www.wsj.com/us-news/fbi-probing-rape-allegations-against-star-real-estate-brokers-482fbab9; *Whiteman v. Alexander*, Index No. 952316/2023 (N.Y. Sup. Ct. Mar. 8, 2024); *Mandel v. Alexander*, Index. No. 952356/2023 (N.Y. Sup. Ct. Mar. 8, 2024); *Parker v. Alexander*, Index. No. 155547/2024 (N.Y. Sup. Ct. June 18, 2024).

FENWICK & WEST LLP
ATTORNEYS AT LAW

6.   On July 22, 2024, Side also provided notice of the ███████████ to the Alexanders and demanded that they comply with their obligations under the Security Agreement, including the obligation to ███████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████ Security Agreement § 3(a). <u>Exhibit A</u> at 8.  In subsequent correspondence, including on August 7, 2024, Side reiterated its demand that the Alexanders comply with their obligations by, among other things, ██████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████ █████████████████████████████████ Security Agreement § 3(e). <u>Exhibit A</u> at 8.  Despite having multiple opportunities to do so, the Alexanders repeatedly refused to comply with their obligations ██████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████ █████████ *See* Note § 3(e) and 3(j). <u>Exhibit A</u> at 2.

7.   Official Partners and the Alexanders' refusal to comply with their obligations has left Side with no choice but to initiate these proceedings.

8.   Pursuant to the terms of the Note and the Security Agreement, Side requests judgment against Official Partners and the Alexanders for the Balance of the Note, plus applicable interest, in the amount of ████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████ ██████████████████████████ *See* Note § 6; Security Agreement § 5(k). <u>Exhibit A</u> at 3, 10.

## **THE PARTIES**

9.   Side, Inc. is a corporation organized and existing under the laws of the State of Delaware, having offices at 580 4th Street, San Francisco, CA 94107.

10.  Side is a pioneering real estate brokerage that partners with independent real estate agents and boutiques by providing them white-label brokerage, marketing, and technology services.

FENWICK & WEST LLP
ATTORNEYS AT LAW

Side helps these agents and boutiques be more competitive and profitable, while allowing them to put their own brands front-and-center.

11.     Official Partners New York, LLC is a limited liability company organized and existing under the laws of the State of New York. Upon information and belief, the members of Official Partners, Tal Alexander and Oren Alexander, reside in Florida. Official Partners is located at 110 East 25th Street, New York, New York 10010. As of October 9, 2024, there are no agents listed on Official's website.  The only individuals listed are the Alexanders who are identified as "founders."

12.     Tal Alexander is an individual and real estate agent residing in Florida.

13.     Oren Alexander is an individual and real estate agent residing in Florida.

## JURISDICTION AND VENUE

14.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1). Plaintiff is a Delaware corporation residing in California and Defendants are a limited liability company whose members, upon information and belief, reside in Florida and individuals residing in Florida, and the amount in controversy exceeds $75,000.

15.     Venue is proper within this judicial district under 28 U.S.C. § 1391(b). The Note and Security Agreement, which form the basis of this dispute, include ██████████████

████████████████████████████████████████

████████████████████████████████████████

*See* Note § 12, Security Agreement § 5(n). Exhibit A at 4, 11.

## GENERAL ALLEGATIONS

**A.     The Note and Security Agreement.**

**1.     Side Loans ██████ to Official Partners under a Promissory Note Secured by the Alexanders**

16.     On August 11, 2022, Side, Official Partners, and the Alexanders entered into two agreements.  First, Side and Official Partners entered into an initial Secured Promissory Note (the "Initial Note"). Under the terms of the Initial Note, ████████████████████████████

FENWICK & WEST LLP
ATTORNEYS AT LAW

1  ████  Second, Side and the Alexanders entered into an initial Security Agreement (the "Initial

2  Security Agreement").

3       17.    The terms of the Initial Note ████████████████████████████████████

4  ████████████  Official Partners defaulted on the Initial Note ████████████████████

5  ████████████████████████████████████

6       18.    On April 18, 2024, Side and Official Partners, along with Tal and Oren Alexander

7  as Guarantors, executed the Note. ████████████████████████████████████

8  ████████████████████████████████████████████████████

9  ████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████

11 *See* <u>Exhibit A</u> at 1.

12      19.    The Note provided ████████████████████████████████

13 ████████████████████████████████████████████████████

14 ████████████████████████████████████████  *See* Note § 2.

15 <u>Exhibit A</u> at 1.

16      20.    The Note also provided that the ████████████████████████████

17 ████████████████████████████████████████████████████

18 ████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████

20 ████████████████████████████████████████████████████

21 ████████████████████████████████████████████████████

22 ████████████████████████████████████████  Note

23 § 3(b), 3(e), and 3(j). <u>Exhibit A</u> at 1-2.

24      21.    The Note also provides that the Guarantors:

25  ████████████████████████████████

26  ████████████████████████████████

27  ████████████████████████████████

28  ████████████████

FENWICK & WEST LLP
ATTORNEYS AT LAW



Note § 5. <u>Exhibit A</u> at 3 (emphasis original).

22.    Under the Note, ██████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████  Note § 6. <u>Exhibit A</u> at 3.

23.    Side provided notice of its intent to file this lawsuit ████████████

██████████████████████████████████████████████████

████████████████████

**2.    Side and the Alexanders Execute an Amended and Restated Security Agreement Guaranteeing the Note**

24.    Also on April 18, 2024, Side and the Alexanders entered into the Security Agreement which governed the Alexanders' obligations as Guarantors of the Note.

25.    ████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████    *See* <u>Exhibit A</u> at 7.

FENWICK & WEST LLP
ATTORNEYS AT LAW

26.    The Security Agreement included the following provisions:



[3] <u>Exhibit A</u> at 8.
[4] <u>Exhibit A</u> at 8.
[5] <u>Exhibit A</u> at 8.
[6] <u>Exhibit A</u> at 9.
[7] <u>Exhibit A</u> at 9.
[8] <u>Exhibit A</u> at 10.

FENWICK & WEST LLP
ATTORNEYS AT LAW



### B.    Events of Default

#### 1.    The Alexanders Disassociate from Side Following Widespread Reports of Sexual Assault

27.    On March 8, 2024, two lawsuits were filed in New York Supreme Court against Oren Alexander alleging sexual assault. On June 18, 2024, another lawsuit was filed in New York Supreme Court against Tal Alexander and Oren Alexander, along with their brother Alon Alexander, also alleging sexual assault.

28.    Following the initial lawsuits against Oren Alexander, on June 11, 2024, an article published by *The Real Deal* quoted Oren Alexander saying, "Out of respect for our customers and trusted colleagues, I have made the difficult decision to take a pause from my work at Official as

---

[9] Exhibit A at 13.

FENWICK & WEST LLP
ATTORNEYS AT LAW

I shift my focus to fighting these baseless civil claims."[10]  Other media outlets widely reported that Tal Alexander and Oren Alexander had stepped down from Official.[11]

29.    The disassociation of the Alexanders' real estate licenses from Side was done at the direction of Official Partners with full awareness and consent of the Alexanders. On June 12, 2024, Official Partners CEO Richard Jordan emailed Side's Director of Partner Success, copying Official Partners' key decision makers Nicole Oge, Andrew Wachtfogel and Tal Alexander, stating: "This email is to confirm that OFFICIAL/Side shall drop Oren Alexander's Florida and New York real estate licenses effective immediately. Oren has been informed of this decision." As the broker holding the licenses for agents associated with Official Partners, Side processed the disassociation on the same day.

30.    On June 13, 2024, Side's CEO spoke with Oren Alexander twice. During these discussions, Oren Alexander confirmed that he had agreed to disassociate his licenses.

31.    On June 23, 2024, Side's CEO spoke with Tal Alexander. During this call, Tal Alexander confirmed that he had agreed with Nicole Oge and Official Partners CEO Richard Jordan to disassociate his license from Official Partners.

32.    On June 25, 2024, Tal Alexander issued a statement through his attorney that "Tal and his partners have decided he will take a leave from" Official Partners, which appeared in an article for *Business Insider*.[12] On the same day, Side's CEO and Official Partners CEO Richard Jordan spoke and Richard directed that Side should process Tal Alexander's disassociation from Official Partners. Side processed the disassociation of Tal Alexander's real estate license on June 25, 2024.

---

[10] *See* Ellen Cranley & Katherine Kallergis, *Oren Alexander steps down from Official following lawsuits alleging rape and assault*, THE REAL DEAL, June 11, 2024, https://therealdeal.com/national/2024/06/11/oren-alexander-steps-down-from-official/.

[11] Debra Kamin, *Another Real Estate Broker Steps Down in the Face of Sex Assault Suits*, N.Y. TIMES, June 25, 2024, https://www.nytimes.com/2024/06/25/realestate/tal-alexander-official-resigns.html.

[12] *See* Daniel Geiger, *Tal Alexander announces he will step away from his brokerage firm amid rape allegation*, BUS. INSIDER, June 25, 2024, https://www.businessinsider.com/tal-alexander-stepping-down-official-partners-real-estate-brokerage-2024-6.

FENWICK & WEST LLP
ATTORNEYS AT LAW

33.    On July 18, 2024, Side personnel, including Side's President and CFO, met with Official Partners key decision makers Nicole Oge, Andrew Wachtfogel, Tal Alexander, and Oren Alexander. During the meeting, Side's CFO informed Official Partners that they were in default under the Note and that Side would be sending a demand letter to Official Partners explaining that Official Partners' decision, ███████████████████████████████████████████ ████████████████████████████████████████████████████████████ ███████████████████████████████████████████ None of Official Partners' key decision makers, including Tal Alexander and Oren Alexander, contested these assertions during the meeting.

**2.    Side Provides Notice of Event of Default to Official Partners and the Alexanders and Demands Immediate Payment under the Terms of the Note and Security Agreement; Official Partners and the Alexanders Refuse to Comply**

34.    On July 22, 2024, Side issued Notices of Default and Demand for Payment to Official Partners and the Guarantors. █████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ █████████████████████████████████████████ Note § 5. Exhibit A at 3.

35.    The Notice stated that Official Partners was in default ███████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████

36.    The Notice to the Guarantors (the Alexanders) stated that ████████████ █████████████████████████████ It also explained that ██████████████ ████████████████████████████████████████████████████████████ █████████████████████████████████████████ Security Agreement, § 4(a). Exhibit A at 9. The Notice demanded the Guarantors (the Alexanders) ██████████████████

FENWICK & WEST LLP
ATTORNEYS AT LAW

The Notice also demanded that ███████████████████ Finally, the Notice demanded that ████████████

37.     Neither Official Partners nor the Guarantors made the demanded payment by July 29, 2024. On July 30, 2024, Tal Alexander and Oren Alexander refused to pay the Balance of the Note and rejected Side's demand. The Alexanders also refused ███████████████████

38.     On August 2, 2024, Official Partners rejected Side's demand and refused to pay the Balance of the Note.

**3.     The Alexanders Repeatedly Refuse to Perform Their Obligations Under the Security Agreement, Triggering Additional Events of Default**

39.     As Guarantors of the Note, the Alexanders ███████████████████ However, despite being given numerous opportunities by Side to comply with their obligations, the Alexanders have steadfastly refused to do so, ███████████████████

40.     On August 7, 2024, Side replied to the Alexanders and renewed its demand for payment of the Balance. ███████████████████

███████████████████ Side also demanded that ████████████

41.     Side sent a similar response to Official Partners on the same day.

42.     The Guarantors (the Alexanders) again refused ████████████████████
████████████████████████████████████ On August 19, 2024, Tal Alexander and Oren Alexander rejected Side's demand for payment and Side's demand for ██ █████████████████████████████

43.     On August 26, 2024, Side replied to the Guarantors, again reiterating its demand that ████████████████████████████████████████████████████████████████████████████ ████████

44.     On August 27, 2024, Guarantors responded and again refused to provide ██ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████

45.     The Alexanders' refusals are a clear breach of their obligations under the Securities Agreement, ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ Exhibit A at 8.

46.     ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ Exhibit A at 2. ██████████ ████████████████████████████████████████████

### FIRST CAUSE OF ACTION
**Breach of the Amended and Restated Secured Promissory Note**
**against Official Partners and Tal Alexander and Oren Alexander as Guarantors**

47.     Side repeats and incorporates herein Paragraphs 1–46.

FENWICK & WEST LLP
ATTORNEYS AT LAW

48.    Side and Official Partners executed a valid and binding Amended and Restated Secured Promissory Note on April 18, 2024.

49.    In consideration of value received, Official Partners ███████████████████ ███████████████████████████████████████

50.    The Note was guaranteed by Tal Alexander and Oren Alexander as Guarantors, ██ ███████████████████████████████████████ ████████████████    The Guarantors and Side executed a valid and binding Amended and Restated Security Agreement which provided the terms according to which the Note was secured.

51.    Official Partners defaulted on the Note on June 12, 2024, when Oren Alexander ███████████████████████████████████████ ███  Official Partners also defaulted on the Note on June 25, 2024 when Tal Alexander ███████████████████████

52.    The Guarantors breached █████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████    *See* Exhibit A at 8.

53.    ████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ████████████████████████████████  Note, § 5. Exhibit A at 3.

54.    These breaches are independent ███████████████████████

55.    ████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████

FENWICK & WEST LLP
ATTORNEYS AT LAW

1  ████████████████████████████████████████████████████

2  ████████████████████████████████████████████████████

3  ████████████████████████████████████████████████████

4  ██████████████

5  56.    ████████████████████████████████████████████

6  ████████████████████████████████████████████████████

7  ██████████████████████████████ Note § 5. <u>Exhibit A</u> at 3.

8  57.    At all times, Side has performed its obligations under the Note.

9  58.    As of October 10, 2024, the Balance of the Note totals ███████████

10  ████████████████████████████████

11  59.    ███████████████████████████████████████████████

12  █████████████

13

**SECOND CAUSE OF ACTION**
**Breach of the Amended and Restated Security Agreement**
**against Tal Alexander and Oren Alexander**

15  60.    Side repeats and incorporates herein Paragraphs 1-59.

16  61.    Side and the Alexanders executed a valid and binding Amended and Restated

17  Security Agreement on April 18, 2024.

18  62.    The Security Agreement guaranteed the Note and provided the terms according to

19  which the Note was secured.

20  63.    █████████████████████████████████████████████

21  ██████████████████████████████

22  64.    As stated above, Official Partners defaulted on the Note on June 12, 2024, when

23  Oren Alexander ███████████████████████████████████████

24  ██████████████████ Official Partners also defaulted on the Note on June 25, 2024 when Tal

25  Alexander ██████████████████████████████████████████

26  ██████████████████████

27  65.    █████████████████████████████████████████████

28  ████████████████████████████████████████████████████

FENWICK & WEST LLP
ATTORNEYS AT LAW

Fenwick & West LLP
Attorneys at Law

1  ███████████████████████████████████████████

2  ███████████████████████████████████████████

3  ███████████████████████████████████████████

4  ███████████████████████████████████████████

5  ███████████████████████████████████████████

6  ██████████████████████████████ *See* <u>Exhibit A at 8</u>.

7  66.   ████████████████████████████████████

8  ███████████████████████████████████████████

9  ███████████████████████████████████████████

10 ████████  Security Agreement, § 4(b). <u>Exhibit A</u> at 9.

11 67.   ████████████████████████████████████

12 ███████████████████████████████████████████

13 ███████████████████████████████████████████

14 ███████████████████████████████████████  Note,

15 § 5. <u>Exhibit A</u> at 3.

16 68.   At all times, Side has performed its obligations under the Security Agreement.

17 69.   ████████████████████████████████████

18 ███████████████████████████████████████████

19 ███████████████████████████████████████████

20 ███████████████████████████  <u>Exhibit A</u> at 10.

21 <u>**PRAYER FOR RELIEF**</u>

22 WHEREFORE, Plaintiff Side asks this Court to:

23 1.    Enter judgment in favor of Side and against Official Partners and the Alexanders;

24 2.    Award Side damages in the amount of the unpaid Balance plus accrued interest

25 against Official Partners and the Alexanders as Guarantors of Official Partners' indebtedness under

26 the Note;

27 3.    Issue an order attaching the Guarantors' █████████████

28 █████████████████████████████

4.      Issue an order requiring the Guarantors ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

5.      Award Side its reasonable costs and expenses, including attorneys' fees, ███████ ████████████████████████████ and as otherwise permitted by law; and

6.      Enter such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38 and Civil Local Rule 3-6, Side demands a jury trial.

Dated: October 11, 2024                    FENWICK & WEST LLP


By: */s/ Catherine D. Kevane*
        Catherine D. Kevane

Attorneys for Plaintiff
SIDE, INC.