CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
GREGORY P. ADAMS (CSB No. 292391)
gadams@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Phone: (415) 875-2392
Fax: (415) 281-1350

NICHOLAS POE (Admitted *pro hac vice*)
npoe@fenwick.com
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010
Phone: (212) 430-2683

Attorneys for Plaintiff
Side, Inc.

HOWARD M. SREBNICK (CSB No. 143226)
hsrebnick@royblack.com
BLACK SREBNICK
201 S Biscayne Boulevard, Suite 1300
Miami, Florida 33131-4311
Phone: 305-371-6421
Fax: 305-358-2006

Attorneys for Defendants
Official Partners New York, LLC, Tal Alexander,
and Oren Alexander

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDE, INC., <br><br> Plaintiff, <br><br> v. <br><br> OFFICIAL PARTNERS NEW YORK, LLC, TAL ALEXANDER, and OREN ALEXANDER, <br><br> Defendants. | Case No.: 3:24-CV-07135-WHO <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REPLY** <br><br> Amended Complaint Filed: January 17, 2025 <br> Trial Date: None |

Plaintiff Side, Inc. ("Plaintiff" or "Side") and Defendants Official Partners New York, LLC, Tal Alexander, and Oren Alexander (collectively "Defendants") hereby stipulate and agree by and through their counsel of record as follows:

On March 10, 2025, Plaintiff filed a Motion to Enforce the Preliminary Injunction granted in this case against Defendants ("the Motion") (Dkt. 92).  On March 19, 2025, Defendants filed an expedited Motion to Modify the Preliminary Injunction (Dk. 94).  On March 24, 2025, Defendants filed their opposition to the Motion (Dkt. 98).  On March 25, 2025, Side filed its opposition to Defendants' Motion to Modify the Preliminary Injunction (Dkt. 100).  Finally, on March 26, 2025, the Court held a hearing on Defendants' expedited Motion to Modify the Preliminary Injunction and directed the parties to confer and for Defendants to provide additional information to Side regarding Defendants' proposed modifications to the Preliminary Injunction.

Side's Reply to Defendant's Opposition to the Motion to Enforce the Preliminary Injunction (Dkt. 98), is due on March 31, 2025, with a hearing set for April 16, 2025.  The Parties are discussing resolution of this case.  Additionally, the Parties are conferring regarding multiple other matters, including information Side has requested from Defendants regarding both Defendants' Motion to Modify the Preliminary Injunction and Defendants' Opposition to the Motion.  The Parties agree that extending the time for Side's reply will allow settlement discussions to continue and provide Defendants with more time to provide information that Side has requested with respect to the Motion and thereby preserve judicial resources.

To allow time for these various matters, the Parties stipulate and agree, and jointly request, that this Court extend the deadline for this filing seven days, to Monday, April 7, 2025.

**IT IS SO STIPULATED.**

Dated: March 30, 2025                                BLACK SREBNICK

By: */s/ Howard M. Srebnick*
HOWARD M. SREBNICK
Attorneys for Defendants
Official Partners New York, LLC,
Tal Alexander, and Oren Alexander

Dated: March 30, 2025                                FENWICK & WEST LLP

By: */s/ Catherine D. Kevane*
CATHERINE D. KEVANE
Attorneys for Plaintiff
Side, Inc.

## ATTESTATION

Pursuant to Civil Local Rule 5-(i)(3), the filer of this document attests that all signatories have conferred in its filing.

*/s/ Catherine D. Kevane*
Catherine D. Kevane

## [PROPOSED] ORDER

Plaintiff Side's time to file the reply memorandum in further support of the Motion to Modify the Preliminary Injunction is extended to April 7, 2025.

**IT IS SO ORDERED.**

Dated: _____

Honorable William H. Orrick
United States District Judge