CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
GREGORY P. ADAMS (CSB No. 292391)
gadams@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Phone: (415) 875-2392
Fax: (415) 281-1350

NICHOLAS POE (Admitted *pro hac vice*)
npoe@fenwick.com
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010
Phone: (212) 430-2683

Attorneys for Plaintiff
Side, Inc.

HOWARD M. SREBNICK (CSB No. 143226)
hsrebnick@royblack.com
BLACK SREBNICK
201 S Biscayne Boulevard, Suite 1300
Miami, Florida 33131-4311
Phone: 305-371-6421
Fax: 305-358-2006

Attorneys for Defendants
Official Partners New York, LLC, Tal Alexander,
and Oren Alexander

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICIAL PARTNERS NEW YORK, LLC, TAL ALEXANDER, and OREN ALEXANDER,<br><br>　　　　　Defendants. | Case No.: 3:24-CV-07135-WHO<br><br>**JOINT STATUS REPORT, STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY**<br><br>Amended Complaint Filed: January 17, 2025<br>Trial Date: None |

Pursuant to the Court's March 26, 2025 order (Dkt. 101) and the Parties' April 1, 2025 Joint Status Report (Dkt. 105), Plaintiff Side, Inc. ("Plaintiff" or "Side") and Defendants Official Partners New York, LLC ("Official Partners"), Tal Alexander, and Oren Alexander (the "Alexanders") (with Official Partners, "Defendants") (collectively, the "Parties") submit this further Joint Status Report summarizing the Parties' discussions since the April 1, 2025 Joint Status Report, and hereby further stipulate and agree by and through their counsel of record as follows.

## I.   JOINT STATUS REPORT

The Parties have reached a settlement in principle that they are continuing to work on finalizing. The Parties agree that the Preliminary Injunction should stay in place unmodified at this time and do not seek further action from the Court at this moment, and propose to submit a further status update by Monday, April 14, 2025.

## II.   STIPULATION AND [PROPOSED] ORDER

On March 30, 2025, the Parties filed a joint Stipulation and Proposed Order stipulating, agreeing, and jointly requesting that the Court extend the deadline for Plaintiff to file its Reply to Defendant's Opposition to the Motion to Enforce the Preliminary Injunction (Dkt. 98) to April 7, 2025. (Dkt. 102). On March 31, 2025, the Court granted the Stipulation and ordered that Plaintiff's reply was now due on April 7, 2025. (Dkt. 104).

As noted, the Parties have reached a settlement in principle that they are working on finalizing. The Parties agree that further extending the time for Side's reply will allow the settlement to be finalized and thereby preserve judicial resources.

To allow time for the settlement to be finalized, the Parties stipulate and agree, and jointly request, that this Court extend the deadline for this filing seven days, to Monday, April 14, 2025.

**IT IS SO STIPULATED.**

Dated: April 7, 2025

BLACK SREBNICK

By: *Howard M. Srebnick*
HOWARD M. SREBNICK
Attorneys for Defendants
Official Partners New York, LLC,
Tal Alexander, and Oren Alexander

Dated: April 7, 2025

FENWICK & WEST LLP

By: *Catherine D. Kevane*
CATHERINE D. KEVANE
Attorneys for Plaintiff
Side, Inc.

## ATTESTATION

Pursuant to Civil Local Rule 5-(i)(3), the filer of this document attests that all signatories have conferred in its filing.

/s/ Catherine D. Kevane
Catherine D. Kevane

## ORDER

Plaintiff Side's time to file the reply memorandum in further support of the Motion to Enforce the Preliminary Injunction is extended to April 14, 2025.

**IT IS SO ORDERED.**

Dated: April 8, 2025

Honorable William H. Orrick
United States District Judge