CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
GREGORY P. ADAMS (CSB No. 292391)
gadams@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Phone: (415) 875-2392
Fax: (415) 281-1350

NICHOLAS POE (Admitted *pro hac vice*)
npoe@fenwick.com
**FENWICK & WEST LLP**
902 Broadway, 18th Floor
New York, NY 10010
Phone: (212) 430-2683

Attorneys for Plaintiff
Side, Inc.

HOWARD M. SREBNICK (CSB No. 143226)
hsrebnick@royblack.com
**BLACK SREBNICK**
201 S Biscayne Boulevard, Suite 1300
Miami, Florida 33131-4311
Phone: 305-371-6421
Fax: 305-358-2006

Attorneys for Defendants
Official Partners New York, LLC, Tal Alexander,
and Oren Alexander

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICIAL PARTNERS NEW YORK, LLC, TAL ALEXANDER, and OREN ALEXANDER,<br><br>　　　　　Defendants. | Case No.: 3:24-CV-07135-WHO<br><br>**JOINT STIPULATED NOTICE OF VOLUNTARY DISMISSAL OF ACTION AND ORDER DISSOLVING PRELIMINARY INJUNCTION ORDER** |

Plaintiff Side, Inc. ("Plaintiff" or "Side") and Defendants Official Partners New York, LLC, Tal Alexander, and Oren Alexander ("Defendants") (with Side, the "Parties") have finalized and executed a global settlement of all claims between the Parties. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate and request that this court dismiss the action as to all Defendants with prejudice. The Parties also stipulate and request that this court issue an order dissolving the preliminary injunction order [Dkt. 58]. The Parties agree that this court shall retain jurisdiction to enforce the settlement agreement.

The parties will also seek to dismiss with prejudice *Side v. Official Partners, et al.*, 1:25-cv-20012-JAL (S.D.Fla.), currently pending in the United States District Court for the Southern District of Florida, and file and record dissolutions of the *lis pendens* filed by Side in connection with that case.

Respectfully submitted,

Dated: April 16, 2025

FENWICK & WEST LLP

By: */s/ Benjamin S. Kingsley*
Benjamin S. Kingsley
Attorneys for Plaintiff
Side, Inc.

Dated: April 16, 2025

BLACK SREBNICK

By: */s/ Howard M. Srebnick*
HOWARD M. SREBNICK
Attorneys for Defendants
Official Partners New York, LLC,
Tal Alexander, and Oren Alexander

**ATTESTATION**

Pursuant to Civil Local Rule 5-(i)(3), the filer of this document attests that all signatories have conferred in its filing.

/s/ *Benjamin S. Kingsley*
Benjamin S. Kingsley

FENWICK & WEST LLP
ATTORNEYS AT LAW

JOINT STIPULATED NOTICE OF VOLUNTARY
DISMISSAL OF ACTION AND [PROPOSED] ORDER
DISSOLVING PRELIMINARY INJUNCTION ORDER

2

Case No.: 3:24-CV-07135-WHO

**ORDER**

The Parties have entered into a settlement agreement which settled all claims between them, and filed a stipulated request to dismiss the action as to all Defendants. The case is hereby dismissed with prejudice. The preliminary injunction order [Dkt. 58] is hereby dissolved in its entirety. This court shall retain jurisdiction to enforce the settlement agreement.

**IT IS SO ORDERED.**

Dated: April 16, 2025

Honorable William H. Orrick
United States District Judge