# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**FILED**

MAY 5 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SIDE, INC., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> OFFICIAL PARTNERS NEW YORK, LLC; et al., <br><br> Defendants - Appellants. | No. 25-905 <br><br> D.C. No. 3:24-cv-07135-WHO <br> Northern District of California, San Francisco <br><br> ORDER |
| SIDE, INC., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> OFFICIAL PARTNERS NEW YORK, LLC; et al., <br><br> Defendants - Appellants. | No. 25-907 <br> D.C. No. 3:24-cv-07135-WHO <br> Northern District of California, San Francisco |
| SIDE, INC., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> OFFICIAL PARTNERS NEW YORK, LLC; et al., <br><br> Defendants - Appellants. | No. 25-908 <br> D.C. No. 3:24-cv-07135-WHO <br> Northern District of California, San Francisco |

The motion (Docket Entry No. 12) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

Appeal Nos. 25-905, 25-907, and 25-908 are dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT